AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) Case No. | CR 14-01368-TUC-JGZ(EJM) |
| ) | |
| Julia Ann Romo ) | |
| *Defendant* ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Julia Ann Romo
,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

--------------------------------------------------18:3583; Violation of Supervised Release--------------------------------------------------

Date: Nov 1, 2016

*Issuing officer's signature*

City and state:     Tucson, Arizona

BRIAN D. KARTH, CLERK
*By Selina Coronado, Deputy Clerk*

---

**Return**

This warrant was received on *(date)* 11-02-2016, and the person was arrested on *(date)* 11-21-2016
at *(city and state)* Tucson AZ.

Date: 11-22-2016

Subject arrested by USMS
and initialed on 11-23-2016
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

CC: USA, PO, USM (Orig + CC)